COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
| --- | --- | --- |
| THE STATE OF TEXAS, | | No. 08-15-00273-CR |
|  | § |  |
| Appellant, | | Appeal from |
|  | § |  |
| v. | | 171st District Court |
|  | § |  |
| DAVID LOPEZ, | | of El Paso County, Texas |
|  | § |  |
| Appellee. | | (TC # 20140D00401) |
|  | § |  |

## MEMORANDUM OPINION

The State of Texas has filed a motion to dismiss its appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that the State has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

November 5, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)